IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

   -v-

CYNTHIA CORNELL,

                Defendant.

_____

No.  12-CR-6024L/P

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 641

## COUNT I

### The United States Attorney Charges:

That from in or about August 2007 through April 2008, in the Western District of New York, the defendant, CYNTHIA CORNELL, did knowingly and willfully steal and convert to her own use monies of the United States, of a value in excess of $1,000, to wit; United States Social Security Supplemental Security Income (SSI) benefits in the total amount of $16,924 to which the defendant was not entitled.

**All in violation of Title 18, United States Code, Section 641.**

DATED:   Rochester, New York, March 14, 2012.

WILLIAM J. HOCHUL, JR.
United States Attorney
Western District of New York

BY:    _____

TIFFANY H. LEE
Assistant United States Attorney
100 State Street, Suite 500
Rochester, New York  14614
(585)263-6760
Tiffany.Lee@usdoj.gov